IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD DOUGLAS BONE,

                                                    No. CV-07-3314 MMC (PR)

            Plaintiff,

                                                    **JUDGMENT IN A CIVIL CASE**

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, et
al.,

            Defendants.
_____/

       **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues

have been tried and the jury has rendered its verdict.

       **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

issues have been tried or  heard and a decision has been rendered.

       **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby

DISMISSED, without prejudice to plaintiff's refiling his claim after all available

administrative remedies have been exhausted.


Dated: January 2, 2008                          Richard W. Wieking, Clerk

                                                *Tracy Lucero*

                                                By: Tracy Lucero
                                                Deputy Clerk