1  Donald D Bone P.30877
   C.M.C. West
2  P.O. Box 8301
   San Louis Obispo, CA.
3     93403-8103

FILED

06 JAN 31 PM 1:40

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6   Donald Douglas Bone        )      CASE NO.C-07-3314 MMC
           Petitioner          )
7                              )
                               )
8          v.                  )
                               )
9   California Department of    )
    Corrections & Rehab.        )
                               )
10  K.B. Sather DDS             )
    J. O'Neal   DDS             )
11  P.Babienco  DDS             )
           Respondents  et al.  )      NOTIFICATION OF CHANGE
12                                     OF ADDRESS

13  Commencing January 17, 2008 and Hereafter:

14  Petitioner hereby NOTIFIES this Court that his current

15  custody housing has been changed;

16          From: Donald D Bone P.30877
                  C.T.F. Soledad Central
17                P.O. Box 689
                  Soledad, CA.
18                  93960-0689

19          To:   Donald D Bone P.30877
                  C.M.C. West
20                P.O. Box 8301
                  San Louis Obispo, CA.
21                  93403-8103

22  Please update your records to reflect this change for

23  future correspondence and Legal Decisions.

24

25

26

27  Dated: JAN 27, 2008            Signed: 
                                           Donald D Bone
28  Notice of change                       Petitioner
    of address

            IN NOMINI DOMINI   NOSTRI JESUS CHRISTI

British Commonwealth of Canada

/ERIFICATION – 446, 2015.5 C.C.P.)

TATE OF CALIFORNIA
OUNTY OF SAN LUIS OBISPO

am the party of the above entitled actions, a citizen of the United States, over the age of eighteen years and a resident
' San Luis Obispo County. My current address is:

_____CDC No._____
California Men's Colony-West
P.O. Box 8103    Unit_____Dorm_____Bed____.____
San Luis Obispo, California 93403-8103

CERTIFY (OR DECLARE), UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND
ORRECT. EXECUTED ON _____, 20___, AT SAN LUIS OBISPO, CALIFORNIA, 93403-8103

_____
PETITIONER

........................................................................................................................................................

ROOF OF SERVICE BY MAIL

TATE OF CALIFORNIA
OUNTY OF SAN LUIS OBISPO

AM A RESIDENT OF SAID COUNTY, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE ABOVE
NTITLED ACTION. MY STATE PRISON ADDRESS IS:

_Donald D Bone_____CDC No._P.30877_._____
California Men's Colony-West
P.O. Box 8103    Unit__4__Dorm_24__Bed_34___
San Luis Obispo, California 93403-8103

)N _January 24____, 20 08 I SERVED THE WITHIN_____

_____ NOTIFICATION TO COURT FOR _____
CHANGE OF ADDRESS

)N THE PARTY:_____ UNITED STATES DISTRICT COURT _____
NORTHERN DISTRICT OF CALIFORNIA

N SAID ACTION, BY PLACING A TRUE COPY THEREOF IN A SEALED ENVELOPE WITH POSTAGE THEREON
'REPAID, IN THE UNITED STATES MAIL, AT CALIFORNIA MEN"S COLONY, SAN LUIS OBISPO, CA. 93403-8103,
DDRESS AS FOLLOWS:

UNITED STATES DISTRICT COURT
450 Golden Gate Ave.
San Francisco, CA.
94102

DECLARE, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED
)N _January 27____, 20 08___, AT SAN LUIS OBISPO, CALIFORNIA

_____
SIGNATURE OF DECLARANT

REV. 9/02)

C.M.C. WEST
P.O. Box 8301
San Luis Obispo, CA
93403-8103

LEGAL MAIL: CONFIDENTIAL

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

