IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD D BONE )
  PLANTIFF )
   v. ) CASE NO. C 07-3314 MMC
DIRECTOR, DEPARTMENT )
OF CORRECTIONS & REHAB. )
 )
WARDEN, CALIFORNIA MENS ) REQUEST TO RETURN
COLONY.  DEFENDANTS ) DOCUMENTS
PERSONALLY & PROFESSIONALLY )
                  et al )

On May 6, 2008 This Court dismissed the above mentioned case and denied a motion to re-open based on unexhausted administrative remedies.

A complete re-filing of the case was made on Feb 18, 2008 and administrative appeals were exhausted on Nov 27, 2008 before the date of re-filing civil suit. Plantiff was in transit while under custody of defendant from C.T.F Soledad to Wasco State Prison; returned to C.T.F Soledad Dec 2, 2007 and was subsequently sent to California Mens Colony, San Louis Obispo, CA.

Plantiff now requests that this Court return all documents, exhibits and other related papers that were filed on Feb 18, 08 with respect to a completed filing of a Title 42 USC § 1983 civil suit.

DATED: May 18, 2008          SIGNED: Donald D Bone
     IN NOMINI DOMINI       NOSTRI JESUS CHRISTI

PREPARED BY: ZEUS

Donald Douglas Bone
British Commonwealth of Canada





D. Bong P.1877
CMC E?? B.334
P.O. Box 8101
San Luis Obispo CA.
93409 -8101

LEGAL MAIL:
CONFIDENTIAL

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

02 1M
0004247478    MAY 19 2008
MAILED FROM ZIP CODE 93401
$ 00.00⁰
PITNEY BOWES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA. 94102
ATTN: COURT CLERK

94102$3661 'C004